# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:23-CR-0351-S |
| | § | |
| MICHAEL CLARK CARNEY (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 5] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and "to make findings and a recommendation for modification, revocation, or termination" on Defendant Michael Clark Carney's term of supervised release. *See* ECF No. 13. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 23. The Defendant waived his right to object to the Recommendation. *Id.* The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is therefore **ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant's term of supervision is **TERMINATED**.

**SO ORDERED.**

Signed October 1, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**